M. REED HOPPER, No. 131291
E-mail: mrh@pacificlegal.org
THEODORE HADZI-ANTICH, No. 264663
E-mail: tha@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

Attorneys for Plaintiffs Friends of
Tahoe Forest Access, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS; WEBILT FOUR WHEEL DRIVE CLUB; FRIENDS OF GREENHORN; NEVADA COUNTY WOODS RIDERS; GRASS VALLEY 4-WHEEL DRIVE CLUB; HIGH SIERRA MOTORCYCLE CLUB; DAVID C. WOOD, an individual; and KYRA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; RANDY MOORE, in his official capacity as Regional Forester for the United States Forest Service's Pacific Southwest Region; and TOM QUINN, in his official capacity as Forest Supervisor at the Tahoe National Forest, <br><br> Defendants. | No. 2:12-cv-01876-JAM-CKD <br><br> **CORRECTED DECLARATION OF SERVICE VIA MAIL** |

Association of Counsel
No. 2:12-cv-01876-JAM-CKD

**DECLARATION OF SERVICE BY MAIL**

I, Tawnda Elling, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 930 G Street, Sacramento, California 95814.

On July 31, 2012, true copies of ASSOCIATION OF COUNSEL M. REED HOPPER AND THEODORE HADZI-ANTICH were placed in envelopes addressed to:

U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, DC  20250

Tom Vilsack
Secretary
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, DC  20250

U.S. Forest Service
Mailstop 1111
1400 Independence Avenue, SW
Washington, DC  20250-1111

Tom Tidwell
Chief
U.S. Forest Service
Mailstop 1144, Room No. 4NW
1400 Independence Avenue, SW
Washington, DC  20250-1111

Randy Moore
Regional Forester
U.S.D.A. Forest Service Region 5
1323 Club Drive
Vallejo, CA  94592

Tom Quinn
Forest Supervisor
Tahoe National Forest
631 Coyote Street
Nevada City, CA  95959

Benjamin B. Wagner
U.S. Attorney
U.S. Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA  95814
Attn:  Civil Process Clerk

Association of Counsel
No. 2:12-cv-01876-JAM-CKD  - 1 -

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA  95814
(916) 419-7111 FAX (916) 419-7747

1 | Eric H. Holder Jr.
  | Attorney General
2 | U.S. Department of Justice
  | 950 Pennsylvania Avenue, NW
3 | Washington, DC  20530-0001

4   which envelopes, with postage thereon fully prepaid, were then sealed and deposited in a mailbox

5   regularly maintained by the United States Postal Service in Sacramento, California.

6       I declare under penalty of perjury that the foregoing is true and correct and that this

7   declaration was executed this 31st day of July, 2012, at Sacramento, California.

            *[signature]*
            TAWNDA ELLING

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

Association of Counsel
No. 2:12-cv-01876-JAM-CKD               - 2 -