IGNACIA S. MORENO
Assistant Attorney General
BEVERLY F. LI
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305-0506

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS; WEBILT FOUR WHEEL DRIVE CLUB; FRIENDS OF GREENHORN; NEVADA COUNTY WOODS RIDERS; GRASS VALLEY 4-WHEEL DRIVE CLUB; HIGH SIERRA MOTORCYCLE CLUB; DAVID C. WOOD, an individual; and KYRA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the U.S. Forest Service; RANDY MOORE, in his official capacity as Regional Forester for the U.S. Forest Service's Pacific Southwest Region; and TOM QUINN, in his official capacity as Forest Supervisor for the Tahoe National Forest,<br><br>Federal Defendants. | Civil No. 12-01876-JAM-CKD<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** |

[PROPOSED] ORDER GRANTING DEFS.' MOT.
FOR EXTENSION OF TIME TO FILE ANSWER          1

This matter is before the Court upon Federal Defendants' motion for extension of time to filing answer or other responsive pleading. Having fully considered the matter, including the Plaintiffs' lack of opposition, and for good cause shown, it is ORDERED that Federal Defendants' motion for extension of time to file answer or other responsive pleading is hereby GRANTED. Federal Defendants shall have an additional 30 days, or until October 24, 2012, in which to file their Answer or other responsive pleading.

It is so ORDERED.

Dated: 8/17/2012

/s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Court Judge