GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors*
*The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS; WEBILT FOUR WHEEL DRIVE CLUB; FRIENDS OF GREENHORN; NEVADA COUNTY WOODS RIDERS; GRASS VALLEY 4-WHEEL DRIVE CLUB; HIGH SIERRA MOTORCYCLE CLUB; DAVID C. WOOD, an individual; and KYRA, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; RANDY MOORE, in his official capacity as Regional Forester for the United States Forest Service's Pacific Southwest Region; and TOM QUINN, in his official capacity as Forest Supervisor at the Tahoe National Forest,<br><br>    Defendants,<br><br>    and<br><br>THE WILDERNESS SOCIETY; MOTHER LODE CHAPTER OF THE SIERRA CLUB; FOREST ISSUES GROUP; SIERRA FOOTHILLS AUDUBON SOCIETY; and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:12-cv-01876-JAM-CKD<br><br>NOTICE OF MOTION<br><br>and<br><br>MOTION TO INTERVENE<br><br><br>Date:    November 7, 2012<br>Time:   9:30 a.m.<br>Judge:  Hon. John A. Mendez<br>Place:   Courtroom 6 |

**NOTICE OF MOTION**

Please take notice that the following Motion to Intervene will be heard by the Honorable John A. Mendez, judge of the United States District Court for the Eastern District of California, on Wednesday, November 7, 2012, at 9:30 a.m. in Courtroom 6, 501 I Street, Sacramento, California.

**MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a)(2), The Wilderness Society, Mother Lode Chapter of the Sierra Club, Forest Issues Group, Sierra Foothills Audubon Society, and Public Employees for Environmental Responsibility (collectively, "Proposed Intervenors") hereby move to intervene as of right as defendants in the above-entitled action. In the alternative, Proposed Intervenors request leave to intervene by permission pursuant to Federal Rule of Civil Procedure 24(b). This motion is based on the Memorandum of Points and Authorities in Support of The Wilderness Society *et al.'s* Motion to Intervene and the Declarations of Gregory C. Loarie, Mathew Dietz, Karen Schambach, Barbara Rivenes, and Donald L. Rivenes, submitted herewith. This motion is also accompanied by a Proposed Answer.

Counsel for plaintiffs Friends of Tahoe Forest Access *et al.* has advised undersigned counsel for Proposed Intervenors that plaintiffs will likely oppose this motion.

Respectfully submitted,

Dated: October 3, 2012

/s/ Christopher W. Hudak
GREGORY C. LOARIE
CHRISTOPHER W. HUDAK

*Counsel for Proposed Defendant-Intervenors*
*The Wilderness Society, et al.*