GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors*
*The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*,<br><br>     Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>     Defendants,<br><br>and<br><br>THE WILDERNESS SOCIETY, *et al.*,<br><br>     Proposed Defendant-Intervenors. | Case No. 2:12-cv-01876-JAM-CKD<br><br>DECLARATION OF BARBARA RIVENES IN SUPPORT OF MOTION TO INTERVENE |

I, Barbara Rivenes, hereby declare as follows:

1. I submit this declaration in support of The Wilderness Society *et al.*'s Motion to Intervene in this case. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a member of the Sierra Club and serve as Secretary of the Sierra Club Mother Lode Chapter, which serves members living in northern and central California, including near Tahoe National Forest. I have been a member of the Sierra Club since 1971, and have been Secretary of the Mother Lode Chapter since 2004, although I have been involved with the Mother Lode Chapter for years prior to that. I am very familiar with past and current activities of the Sierra Club in Tahoe

National Forest. I have also spent an extensive amount of time familiarizing myself with the Forest Service's implementation of the travel management regulations in Tahoe National Forest.

3. Founded in 1892, the Sierra Club is a national, non-profit membership organization with over 750,000 members, approximately 185,000 of whom reside in California. The Sierra Club's purposes are to explore, enjoy and protect the wild places of the Earth, to practice and promote responsible uses of the Earth's ecosystems and resources, to educate and enlist humanity in the protection and restoration of the quality of the natural and human environment, and to use all lawful means to carry out those objectives.

4. Since its inception, the Sierra Club has worked to protect and preserve the old forests and natural resources in California, as well as the many species that depend on these ecosystems. These advocacy efforts have included forest mapping and identification of remaining ancient forest areas, lobbying for and achieving funding for numerous forest conservation efforts, urging protection for imperiled forest species, commenting on projects and resource management plans, filing administrative appeals, and litigation.

5. The Sierra Club has a longstanding interest and close involvement with National Forest management, including the Tahoe National Forest. Many members of the Sierra Club are regular visitors to Tahoe National Forest for a broad range of purposes, including recreational, educational, scientific, spiritual, and aesthetic. These members highly value the region for its relatively undisturbed nature, wilderness character, scenic beauty, and the opportunities that it offers to experience and observe wildlife species and other natural elements in these ecosystems.

6. Since the late 1980s, the Sierra Club has actively tracked and participated in major policy decisions and research initiatives relating to Sierra Nevada national forest management and species conservation, including individual forest plans, the Sierra Nevada Ecosystem Project of 1996, the Sierra Nevada Forest Plan Amendments in 2001 and 2004, numerous logging projects, and the travel management decision at issue in this case. The Sierra Club submitted numerous comments on the Tahoe travel management planning process and administratively appealed the September 2010 Tahoe National Forest Motorized Travel Management Record of Decision and Final Environmental Impact Statement ("Tahoe Travel Plan" or "Plan").

7.  Like many members of Sierra Club, I have personally used and enjoyed the stunning natural resources of Tahoe National Forest and other national forests of the Sierra Nevada on many occasions. I live in Nevada City which is in close proximity to Tahoe National Forest and I have long enjoyed hiking, camping, birdwatching and even mountain biking in Tahoe National Forest. My favorite places in Tahoe National Forest that I frequently visit and plan to visit again at least this fall (2012) and in 2013, are Grouse Lakes proposed wilderness area, Castle Peak, Donner summit area, Fordyce Creek, Lindsey Lakes and Perrazzo Meadow. I have been personally visiting Tahoe National Forest and other wild areas of the Sierra Nevada since 1970. I estimate that I have taken over 75 trips over the past 15 years into Tahoe National Forest, and intend to return this year before the snow and in the future.

8.  For me, Tahoe National Forest is a stunning natural treasure that has renewed me for years, and which has inspired me to devote countless hours working for its protection. What makes outdoor activities in Tahoe National Forest so enjoyable for me is to experience solitude among stunning natural scenery, without the noise and pollution of modern life. It is deeply renewing to me to be able to watch undisturbed native wildlife, or to walk through forests and along streams that have had little disturbance by humans or off-highway vehicles ("OHV").

9.  However, these undisturbed areas are becoming harder to find in Tahoe National Forest. In walking parts of the Pacific Crest Trail near Castle Meadow I have observed OHVs crossing the meadow on an unauthorized trail, off-trail tire treads along the Fordyce Creek trail, motorcycle use through a stream in Duncan Canyon leaving an oil slick, plus the many instances told to me by other hikers that I have not personally observed. From these experiences and my work with the Sierra Club, I am well aware of many harmful impacts that OHV use can have the wildlands of Tahoe National Forest. OHVs can harm or kill sensitive plant and animal species, destroy wildlife habitat, ruin scenic values and wilderness character, and facilitate vandalism and the destruction of cultural resources. Similarly, OHV use can crush and destroy vegetation, frighten and kill wildlife, fragment species habitat, disrupt quiet and solitude, and import invasive, non-native plant species. The roar or high-pitched whine of OHV engines are also a significant source of noise pollution. OHVs also emit pollutants that are harmful to air quality and which can also impair water

quality when they pass near or through waterways. Because of these harms to the environment, most hikers and quiet-use recreationists choose trails and areas where OHV use is not legally available, so as not to be disturbed by the noise and dust.

10.  I am aware that Friends of Tahoe Forest Access *et al.* seek in their Complaint in this matter to have the Court strike down the current Tahoe Travel Plan and require the Forest Service and to start the entire Travel Plan over again. I am also aware that Friends of Tahoe Forest Access *et al.* is asking the Court to forbid the Forest Service from restricting OHVs under the terms of the Tahoe Travel Plan or the travel management regulations it implements until a new Tahoe travel plan would be completed. If Friends of Tahoe Forest Access *et al.* is successful in securing this relief, I and many of Sierra Club's members will suffer considerable injury. If the Court declares the Tahoe Travel Plan illegal, any subsequent plan would likely take years to complete and could open even more routes to OHV traffic than in the current Plan, which would deeply harm my appreciation of the quiet, natural, wildlife, and spiritual experiences in Tahoe National Forest that I and Sierra Club's members so deeply cherish. Similarly, were the Court to prevent the Forest Service from enforcing any restrictions on OHVs contained in the Tahoe Travel Plan or the travel management regulations until the Forest Service revises the Plan, it would leave Tahoe National Forest without substantive protections on OHVs until the new plan is issued; this would allow for substantial damage to the forest ecosystems, wildlife, water quality, and natural character of Tahoe National Forest. If Friends of Tahoe Forest Access *et al.* wins the relief that they are seeking in this case, my deep personal and professional interests in Tahoe National Forest, as well as the interests of other Sierra Club members, will be harmed.

I declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge and belief.

DATED: September 24, 2012.

*Barbara Rivenes*
BARBARA RIVENES