GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors*
*The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> and <br><br> THE WILDERNESS SOCIETY, *et al.*, <br><br> Proposed Defendant-Intervenors. | Case No. 2:12-cv-01876-JAM-CKD <br><br> DECLARATION OF DONALD RIVENES IN SUPPORT OF MOTION TO INTERVENE |

I, Donald L. Rivenes, hereby declare as follows:

1. I submit this declaration in support of The Wilderness Society *et al.*'s Motion to Intervene in this case. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a member of both the Forest Issues Group ("FIG") and the Sierra Foothills Audubon Society ("SFAS"). I have been a member of FIG for 15 years and serve as FIG's Executive Director. In that capacity I am responsible for directing FIG's efforts to act as a watchdog on Forest Service projects in Tahoe National Forest. I have also been a member of SFAS for 15 years where I serve as Conservation Chair and Treasurer. Through this work I am very familiar with

past and current activities of both SFAS and FIG in Tahoe National Forest.

3. FIG is a non-profit, community based, advocacy group with more than 60 members. Most of these members reside in Central California, primarily in Nevada County. FIG was founded in 1985 and its mission is to review, monitor, and respond to threats to Tahoe National Forest and other national forests of the Sierra; to engage in public outreach, and to advocate through administrative appeals and litigation.

4. Founded in 1905, the Audubon Society is a national, non-profit membership organization with over 500,000 members, approximately 1,100 of whom are members of local chapter SFAS and reside in Nevada, Placer and El Dorado counties. SFAS's mission is to conserve and restore natural ecosystems, focusing on birds, other wildlife, and their habitats for the benefit of humanity and the earth's biological diversity. These advocacy efforts have included research, public education, grassroots conservation actions, lobbying for and achieving protection for wildlife habitat, and litigation.

5. Both SFAS and FIG have a longstanding interest and close involvement with National Forest management, including Tahoe National Forest. Both FIG and SFAS submitted detailed comments on the Tahoe travel management planning process and administratively appealed the September 2010 Tahoe National Forest Motorized Travel Management Record of Decision and Final Environmental Impact Statement ("Tahoe Travel Plan" or "Plan"). Both SFAS and FIG have also submitted letters of support to Congress over the past few years in partnership with the Trust for Public Land to gain funds to acquire important parcels of land for the Forest Service so that it can reduce the "checkerboard" of Tahoe National Forest. Both SFAS and FIG have also participated in the PG&E land settlement process under the Stewardship Council.

6. Many of SFAS' and FIG's members travel to Tahoe National Forest on a regular basis to engage in educational, scientific, spiritual, recreational, and aesthetic pursuits. Such members treasure Tahoe National Forest for the opportunities it offers to enjoy solitude, superb scenery, and wildlife and plants in their natural environment. Both SFAS and FIG have also been active in leading field trips in Tahoe National Forest to acquaint citizens with wildlife and potential wilderness areas.

7. I live in Nevada City, gateway to the Tahoe National Forest and have been visiting the superb natural resources of Tahoe National Forest and other wild areas of the Sierra Nevada since 1995. I estimate that I have taken over 100 trips over the past 15 years into Tahoe National Forest, and intend to return in September this year and in the future.

8. I have long enjoyed hiking and bird-watching in Tahoe National Forest. Places I frequently visit in Tahoe National Forest, and plan to visit again at least this fall (2012) and in 2013, are Grouse Lakes proposed wilderness and Castle Peaks proposed wilderness. I have also led trips to these areas in conjunction with Native American groups. What brings me back again and again to areas of Tahoe National Forest is the opportunity to hike quietly among stunning forests and wildlife. Rampant off-highway vehicle ("OHV") use, however, is putting the ability to have such experiences in jeopardy.

9. I am very familiar with the adverse impacts that OHV use can have on forest ecosystems such as those in Tahoe National Forest at stake here. OHV use significantly threatens water, soil, vegetation, and wildlife resources in the forest. The damage caused by motor vehicles includes, for example, erosion of hillsides, deep ruts, accumulation of sedimentation in streams, and disturbance of sensitive areas, such as meadows. OHVs also degrade wildlife habitat, injure or kill individual wildlife, and introduce weeds and other non-native vegetation that are detrimental to native plants, fish, and wildlife. OHVs are particularly harmful to the environment when they travel over areas that are not planned or engineered for motor vehicle use and may disrupt sensitive areas, such as habitat for rare plants or endangered species such as the California spotted owl. On one trip in the proposed Duncan Canyon wilderness, we were surprised to encounter up to 30 motorcycles along a trail to Duncan creek leaving an oil slick in the creek as they rode through it. We have also seen OHV use that occurs off trails threatening Fordyce Creek near Eagle lakes.

10. I am aware that Friends of Tahoe Forest Access *et al.* seek in their Complaint in this case to have the Court declare the Tahoe Travel Plan illegal and to order the Forest Service to develop a new Tahoe travel plan. Friends of Tahoe Forest Access *et al.* are also asking the Court to prohibit enforcement restrictions on OHVs stemming from the Tahoe Travel Plan or the travel management regulations that the Plan implements until a new Tahoe travel plan would be

completed. However, if Friends of Tahoe Forest Access *et al.* are successful in securing the relief they are seeking, many members of FIG and SFAS, including myself, will suffer considerable injury. If the court finds the Plan illegal, the Forest Service could spend years developing a new plan that could ultimately open more of Tahoe National Forest to OHV traffic than does the current Plan. This outcome would significantly harm my interests and those of FIG's and SFAS's members who cherish the ability to experience the wildlife and wildlands of Tahoe National Forest in their natural state, undisturbed by OHV traffic. Moreover, removing the restrictions on OHVs afforded by the Tahoe Travel Plan and the travel management rules while the Forest Service revises the Plan would cause years of substantial damage to the natural character, forests, waterways, wildlife, and quiet of Tahoe National Forest as a new plan is developed. If Friends of Tahoe Forest Access *et al.* win the relief that they seek in this lawsuit, the interests in Tahoe National Forest of FIG's and SFAS' members, as well as my own, will be harmed.

    I declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge and belief.

DATED: September 22, 2012

*Donald L. Rivenes*
DONALD L. RIVENES