GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors*
*The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> and <br><br> THE WILDERNESS SOCIETY, *et al.*, <br><br> Proposed Defendant-Intervenors. | Case No. 2:12-cv-01876-JAM-CKD <br><br> DECLARATION OF MATTHEW DIETZ IN SUPPORT OF MOTION TO INTERVENE |

I, Matthew Dietz, hereby declare as follows:

1. I submit this declaration in support of The Wilderness Society *et al.*'s Motion to Intervene in this case. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a member of The Wilderness Society and have served as staff Ecologist since 2006. In my capacity as Ecologist for the California/Nevada office, I am responsible for collecting and disseminating scientific information to improve the management and protect the ecological values of public lands. I am generally familiar with the past and current activities of The Wilderness Society relating to the Tahoe National Forest.

3. Founded in 1935, The Wilderness Society is a national, non-profit conservation organization with over 500,000 members and supporters nationwide, including approximately 60,000 members and supporters in the State of California. The Wilderness Society works to protect America's wilderness and wildlife and to develop a nationwide network of wildlands through public education, scientific analysis, and advocacy. The organization's goal is to ensure that future generations will enjoy the clean air and water, wildlife, scenic beauty, and opportunities for recreation and renewal that pristine forests, river, deserts, and mountains provide.

4. The Wilderness Society has a longstanding interest and close involvement with National Forest management, including the Tahoe National Forest. Utilizing administrative processes, lobbying, public education, and legal action, The Wilderness Society and its members have participated in a broad range of management activities impacting the Tahoe National Forest, including the travel management decision at issue in this case. The Wilderness Society submitted extensive comments on the Tahoe travel management planning process and administratively appealed the September 2010 Tahoe National Forest Motorized Travel Management Record of Decision and Final Environmental Impact Statement ("Tahoe Travel Plan" or "Plan").

5. The Wilderness Society has many members who actively use the Tahoe National Forest for recreational, educational, scientific, spiritual, and aesthetic purposes. These members prize Tahoe National Forest for the beauty of its forests, the diverse array of rare plants and wildlife it contains, and the wilderness experience it offers.

6. I have long enjoyed, and will continue to enjoy hiking, backpacking, camping, and bird-watching in Tahoe National Forest. I have been visiting Tahoe National Forest and other wild areas of the Sierra Nevada since 1992. I estimate that I have taken over 30 trips over the past 20 years into Tahoe National Forest, and intend to return this year and in the future.

7. Places I frequently visit in Tahoe National Forest, and plan to visit again at least this fall (2012) and in 2013, are Granite Chief Wilderness, Castle Peak Area, and the Yuba River. It is deeply rejuvenating to me to backpack through the forest, camp near its streams, or to pause along a trail to watch rare birds in their natural environment. But seeing wildlife run from the roar of OHVs and smelling dust and exhaust can ruin this experience.

8. As an ecologist, I am very familiar with the many negative impacts that OHVs can have on Tahoe National Forest's ecosystems. For example, wildlife can be frightened or even killed by OHVs. Vegetation, including sensitive plant species, is easily crushed by OHVs when they go off trails, and non-native species are easily spread by OHVs. These impacts fragment and destroy habitat. OHVs also produce air pollutants, and can release oil or gas into waterways when they travel through or near them. These negative impacts can ruin the scenic values and wilderness character of Tahoe National Forest for those who enjoy the forest for non-motorized purposes.

9. I am aware that Friends of Tahoe Forest Access *et al.* ask the Court in their Complaint to declare the Tahoe Travel Plan illegal and to order the Forest Service to start the Travel Plan development process over again. I am also aware that Friends of Tahoe Forest Access *et al.* seek to have the Court enjoin the Forest Service from enforcing any restrictions on OHVs based on the Plan or the travel management regulations it implements until a new Tahoe travel plan would be completed.

10. If Friends of Tahoe Forest Access *et al.* wins the relief that they seek, many members of The Wilderness Society, including myself, will suffer considerable injury. Having the Plan declared illegal could mean that the next plan could open up even more routes to OHV traffic than the thousands of miles that are currently allowed under the current Plan. This outcome would deeply harm both my and The Wilderness Society's members' enjoyment of the natural, scenic, wildlife, and spiritual values, and the quiet of Tahoe National Forest.

11. Moreover, enjoining the enforcement of restrictions on OHVs afforded by the Tahoe Travel Plan and the travel management rules while the Forest Service revises the Plan would leave Tahoe National Forest without those protections for years. Such a result would cause substantial damage to the forestlands, wildlife, quiet, beauty, solitude, and natural character of Tahoe National Forest. If Friends of Tahoe Forest Access *et al.* wins the relief they are seeking, the interests of The Wilderness Society members, and my deep personal interests and commitment to the protection of these areas, will be harmed.

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge and belief.

DATED: September 20, 2012.

_____
MATTHEW DIETZ