GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors
The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants, <br><br> and <br><br> THE WILDERNESS SOCIETY, *et al.*, <br><br> Proposed Defendant-Intervenors. | Case No. 2:12-cv-01876-JAM-CKD <br><br> DECLARATION OF KAREN SCHAMBACH IN SUPPORT OF MOTION TO INTERVENE |

I, Karen Schambach, hereby declare as follows:

1. I submit this declaration in support of The Wilderness Society *et al.*'s Motion to Intervene in this case. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a member of Public Employees for Environmental Responsibility ("PEER"). I also serve as PEER's California's Field Director, where I focus on off-highway vehicle ("OHV") use and forestry issues. PEER is a national not-for-profit alliance of local, state and federal scientists, law enforcement officers, land managers and other professionals dedicated to upholding environmental laws and values. PEER uses science and advocacy to encourage responsible

management of public resources. PEER is implementing a major campaign to stem environmental degradation caused by OHV use in public lands and is actively engaged in the Forest Service's travel management planning process for National Forest System lands, including the process for the Tahoe National Forest.

3. PEER has many members who regularly visit Tahoe National Forest for recreational, aesthetic, scientific, environmental, and other experiences. To these members, Tahoe National Forest provides a quiet and peaceful refuge, an opportunity to enjoy the beauty of its forests and streams, and the experience of viewing plants and wildlife species in their natural ecosystems.

4. Since 2001, PEER has actively tracked and participated in major policy decisions and research initiatives relating to Sierra Nevada national forest management and species conservation, including water quality management, wildlife issues, and the travel management decision at issue in this case. PEER submitted extensive comments on the Tahoe travel management planning process and administratively appealed the September 2010 Tahoe National Forest Motorized Travel Management Record of Decision and Final Environmental Impact Statement ("Tahoe Travel Plan" or "Plan"). In addition, PEER has conducted field surveys in Tahoe National Forest to document environmental damage caused by OHVs.

5. I live less than an hour's drive from Tahoe National Forest and visit it on a regular basis. I have been personally visiting Tahoe National Forest and other wild areas of the Sierra Nevada since 1967. I estimate that I have taken over 100 trips over the past 25 years into Tahoe National Forest, and intend to return this fall and in the future. Places that I frequently visit in Tahoe National Forest, and plan to visit again at least this fall (2012) and in 2013, are Duncan Canyon, French Meadows, Picayune Valley, and the Castle Peak areas. Last year I also hiked and camped in the Barker Pass, Alder Creek and northern areas of Tahoe National Forest.

6. Like many members of PEER, I have long enjoyed hiking, camping, picnicking, botanizing, birdwatching and sightseeing in Tahoe National Forest. What makes outdoor activities in Tahoe National Forest most enjoyable for me is to experience the stillness and silence of the forest, to enjoy watching native wildlife, and to enjoy healthy forests and streams undisturbed, or relatively undisturbed, by humans or OHVs. The silence of the forest, broken only by the sound of

the wind in the pine crowns or the cries and songs of birds calms my mind and enriches my spirit, and always has. Places to experience that stillness, however, are becoming more and more difficult to find, as noisy OHVs are becoming ubiquitous in our wild places - including in Tahoe National Forest. In light of this, the Forest Service should work hard to ensure that the interests of those who enjoy forests for their silence and wildlife are not sacrificed for the sake of OHV users.

7. Over my years of visiting Tahoe National Forest I have seen a proliferation of routes created by OHVs and I am very familiar with the harmful impacts that OHV use can have on the forest ecosystems of Tahoe National Forest. OHVs can harm or kill sensitive plant species by crushing and destroy them - posing a grave risk to the 30 rare vascular plants that are known to occur on or near Tahoe National Forest system lands. Moreover, OHV use can import invasive, non-native plant species, frighten and kill wildlife, and fragment wildlife habitat. Indeed, during my visits to Tahoe National Forest I have observed tire tracks in meadows, crushed vegetation, and noxious weeds along many of OHV user-created routes. OHVs also emit pollutants that harm air quality and, when vehicles cross near or over waterways, impair water quality. I have seen severely eroded roads, muddied streams, and broken streambanks where OHVs enter waterways. I have similarly seen vehicle tracks and other evidence of extensive OHV use in a vernal pool. Moreover, the roar or high-pitched whine of OHV engines are a significant source of noise pollution that ruins the wilderness character of Tahoe National Forest.

8. I am aware that Friends of Tahoe Forest Access *et al.* seek in their Complaint in this matter to have the Tahoe Travel Plan declared illegal and to have the Court order the Forest Service to redo the Plan. I am also aware that Friends of Tahoe Forest Access *et al.* seek to have the Court prevent the Forest Service from enforcing any restrictions on OHVs from the Travel Plan or the travel management regulations until a new Tahoe travel plan would be completed. If Friends of Tahoe Forest Access *et al.* wins the relief they are seeking, many members of PEER, including myself, will suffer considerable injury. If the current Plan is held to be illegal, it could result in years of additional effort by the Forest Service to establish a new plan. Any new plan might contain even more routes open to OHV traffic than the existing Plan, which would harm my appreciation of the natural, scenic, wildlife, and spiritual values, and the quiet of Tahoe National Forest that PEER's

members and I highly value. Moreover, enjoining the enforcement of restrictions on OHVs afforded by the Tahoe Travel Plan and the travel management regulations while the Forest Service spends years redoing the Plan would cause extensive damage to the forestlands, wildlife, quiet, beauty, solitude, and natural character of Tahoe National Forest. If Friends of Tahoe Forest Access *et al.* wins the relief that they seek, the interests of PEER's members, and my deep personal interests and commitment to the protection of these areas will be harmed.

    I declare under penalty of perjury that the foregoing is true and correct and within my personal knowledge and belief.

DATED: September 24, 2012.

*Karen Schambach*
KAREN SCHAMBACH