GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors*
*The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS; WEBILT FOUR WHEEL DRIVE CLUB; FRIENDS OF GREENHORN; NEVADA COUNTY WOODS RIDERS; GRASS VALLEY 4-WHEEL DRIVE CLUB; HIGH SIERRA MOTORCYCLE CLUB; DAVID C. WOOD, an individual; and KYRA, an individual, | Case No. 2:12-cv-01876-JAM-CKD |
| Plaintiffs, | [PROPOSED] ORDER GRANTING MOTION TO INTERVENE |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; RANDY MOORE, in his official capacity as Regional Forester for the United States Forest Service's Pacific Southwest Region; and TOM QUINN, in his official capacity as Forest Supervisor at the Tahoe National Forest, | |
| Defendants, | |
| and | |
| THE WILDERNESS SOCIETY; MOTHER LODE CHAPTER OF THE SIERRA CLUB; FOREST ISSUES GROUP; SIERRA FOOTHILLS AUDUBON SOCIETY; and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | |
| Proposed Defendant-Intervenors. | |

1

**[PROPOSED] ORDER**

2       The Court, having considered the Motion to Intervene filed by The Wilderness Society, *et al.*

3   on October 3, 2012, and good cause showing, hereby ORDERS that the motion is GRANTED.  The

4   Wilderness Society, *et al.* shall be allowed to intervene for all purposes in this litigation as of right

5   pursuant to Fed. R. Civ. P. 24(a) and by permission pursuant to Fed. R. Civ. P. 24(b).  The Proposed

6   Answer lodged by The Wilderness Society, *et al.* with their Motion to Intervene shall be filed as the

7   parties' answer.

8

9   DATED:                                    _____

10                                            HON. JOHN A. MENDEZ
                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28