GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
T: (415) 217-2000 / F: (415) 217-2040
gloarie@earthjustice.org
chudak@earthjustice.org

*Counsel for Proposed Defendant-Intervenors
The Wilderness Society, et al.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS; WEBILT FOUR WHEEL DRIVE CLUB; FRIENDS OF GREENHORN; NEVADA COUNTY WOODS RIDERS; GRASS VALLEY 4-WHEEL DRIVE CLUB; HIGH SIERRA MOTORCYCLE CLUB; DAVID C. WOOD, an individual; and KYRA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; RANDY MOORE, in his official capacity as Regional Forester for the United States Forest Service's Pacific Southwest Region; and TOM QUINN, in his official capacity as Forest Supervisor at the Tahoe National Forest,<br><br>Defendants,<br><br>and<br><br>THE WILDERNESS SOCIETY; MOTHER LODE CHAPTER OF THE SIERRA CLUB; FOREST ISSUES GROUP; SIERRA FOOTHILLS AUDUBON SOCIETY; and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Proposed Defendant-Intervenors. | Case No. 2:12-cv-01876-JAM-CKD<br><br>CORPORATE DISCLOSURE STATEMENT OF PROPOSED DEFENDANT-INTERVENORS THE WILDERNESS SOCIETY, *ET AL*.<br><br><br>Date:    November 7, 2012<br>Time:   9:30 a.m.<br>Judge:  Hon. John A. Mendez<br>Place:   Courtroom 6 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Intervenor-Applicants The Wilderness Society, Forest Issues Group, Public Employees for Environmental Responsibility, Sierra Club Mother Lode Chapter, and Sierra Foothills Audubon Society state that they are non-profit organizations that do not have parent corporations and do not issue stock.

Dated:  October 3, 2012                                  /s/ Christopher W. Hudak
                                                                         GREGORY C. LOARIE
                                                                         CHRISTOPHER W. HUDAK

*Counsel for Proposed Defendant-Intervenors
The Wilderness Society, et al.*