M. REED HOPPER, No. 131291
E-mail: mrh@pacificlegal.org
THEODORE HADZI-ANTICH, No. 264663
E-mail: tha@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs Friends of Tahoe Forest Access, et al.

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRIENDS OF TAHOE FOREST ACCESS, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants,

THE WILDERNESS SOCIETY, et al.,

Defendants-Intervenors.

No. 2:12-cv-01876-JAM-CKD

**PARTIES JOINT STATUS REPORT**

Judge: Honorable John A. Mendez
Place: Courtroom 6

Per this Court's Order dated July 17, 2012 (ECF No. 4), the parties hereby submit this joint status report.

(a) Nature of the case: This case is an Administrative Procedure Act ("APA") case the merits of which will be resolved on cross-motions for summary judgment. There are seven claims for relief, all alleging violations by Federal Defendants of the National Environmental Policy Act and the APA. Federal Defendants deny any allegation that they have violated the National Environmental Policy Act or the APA.

(b) Progress in the service of process: Process has been served.

(c) Possible joinder of additional parties: The parties do not anticipate the involvement of additional parties.

(d) Any expected or desired amendment of pleadings: None expected at this time.

(e) Jurisdiction and venue: Plaintiffs contend that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction); § 1346(2)(2) (civil action against the United States); § 2201 (authorizing declaratory relief); § 2202 (authorizing injunctive relief); and 5 U.S.C. § 702 (providing for judicial review of agency action under the Administrative Procedure Act). Federal Defendants and Defendant-Intervenors reserve their right to assert jurisdictional defenses at an appropriate time. Venue is not disputed in this case. Venue in this district is predicated upon 28 U.S.C. § 1391(e)(1)(A), because a federal defendant in this action resides in this judicial district, and under § 1391(e)(1)(B), because a substantial part of the events or omissions giving rise to the claims below occurred in this district and in California.

(f) Anticipated motions and scheduling of motions: In accordance with the Court's Order granting intervention (ECF No. 25), during the liability phase of the case, Defendant-Intervenors The Wilderness Society, Mother Lode Chapter of the Sierra Club, Forest Issues Group, Sierra Foothills Audubon Society, and Public Employees for Environmental Responsibility shall not file a brief unless they obtain leave of the Court. Upon review of the combined motion for summary judgment and opposition of the Federal Defendants during the liability phase, if Defendant-Intervenors believe the Federal Defendants have not addressed an issue that Defendant-Intervenors believe is relevant, and Defendant-Intervenors wish to address that issue, Defendant-Intervenors

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

may file a motion with the Court not to exceed five pages seeking leave to file a brief supplementing Federal Defendants' motion for summary judgement and opposition. If Defendant-Intervenors file such a motion, Federal Defendants and Plaintiffs shall have an opportunity to oppose the motion, and the parties propose that each opposition shall not exceed five pages, and Defendant-Intervenors shall have the opportunity to file a reply, which the parties propose should not exceed three pages. Defendant-Intervenors may file a brief during the liability phase only in accordance with any Order of this Court granting their motion for leave.

Consistent with the Court's Order on intervention, the parties propose the following schedule for merits briefing:

| | |
|---|---|
| Administrative Record Submitted by Federal Defendants: | March 8, 2013 |
| Deadline To File Any Motions to Augment the Administrative Record: | April 12, 2013 |
| Plaintiffs' Motion for Summary Judgment: | May 17, 2013 |
| Federal Defendants' Opposition and Cross-Motion for Summary Judgment: | June 21, 2013 |
| 1. If Defendant-Intervenors Do Not Seek Leave To File a Merits Brief: | |
| (i) Plaintiffs' Opposition / Reply: | July 29, 2013 |
| (ii) Federal Defendants' Final Reply: | August 23, 2013 |
| 2. If Defendant-Intervenors Seek Leave To File a Merits Brief: | |
| (i) Defendant-Intervenors' Motion: | July 10, 2013 |
| (ii) Plaintiffs' and Federal Defendants' Oppositions: | July 24, 2013 |
| (iii) Defendant-Intervenors' Reply: | July 29, 2013 |
| (iv) Defendant-Intervenors' Opposition to Plaintiffs' Motion for Summary Judgment: | 14 Days After Court Grants Motion for Leave |
| (v) Plaintiffs' Opposition / Reply: | 35 Days After Defendant-Intervenors File Their Opposition if Motion for Leave Granted, or 14 days After Court Denies Motion for Leave |

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

    (vi) Final Reply of Federal Defendants: 21 Days After Plaintiffs File Their Opposition / Reply

(vii) Final Reply of Defendant-Intervenors: 7 days after Federal Defendants' Final Reply

On July 17, 2012, this Court ordered that memoranda of law in support of and opposition to motions for summary judgement shall be limited to twenty-five (25) pages, and reply memoranda shall be limited to ten (10) pages. (ECF No. 4-2). Because Federal Defendants anticipate filing a combined motion for summary judgment and opposition, and Plaintiffs anticipate filing a combined opposition and reply, Plaintiffs request the Court to clarify that those briefings are subject to a page limit of 25 pages each. Federal Defendants and Defendant-Intervenors oppose Plaintiffs' request because they believe the Court's order limits the combined opposition/reply brief of the Plaintiffs to 10 pages and the reply brief of the Federal Defendants' brief to 10 pages. In addition, in order to have a rough balance between the page limits for each side, Plaintiffs request that, should the Court grant any motion filed by Defendant-Intervenors to participate in the merits briefing, any such brief filed by Defendant-Intervenors be limited to 15 pages. Defendant-Intervenors oppose Plaintiffs' request, and Federal Defendants take no position on Plaintiffs' Request.

(g) Anticipated discovery and scheduling of discovery: Not applicable during the merits phase. Because this case is an administrative record case, review during the merits phase is confined to the record already in existence at the time the agency made its decision, and discovery outside of that record or expert discovery are not appropriate. Judicial review of an agency action under the APA is generally limited to the administrative record compiled by the agency. 5 U.S.C. § 706; see *Camp v. Pitts*, 411 US 138, 142 (1973); *Citizens to Preserve Overton Park v. Volpe*, 401 US 402, 413-21 (1971); *United States v. Carlo Bianchi & Co.*, 373 US 709, 715 (1963); *Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, 450 F.3d 930, 934 n.4 (9th Cir. 2006). Defendant-Intervenors and Federal-Defendants believe that remedy proceedings conceivably could not be resolved on summary judgment, and therefore reserve their rights to seek limited discovery during the remedy phase. At this time Plaintiffs take no position regarding whether any discovery will be required during the remedy phase.

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

    (h) <u>Future proceedings, including setting appropriate cut-off dates for discovery, law and motion, and the scheduling of pretrial and trial</u>: Not applicable.

(i) <u>Appropriateness of special procedures</u>: Not applicable.

(j) <u>Estimate of trial time</u>: Not applicable.

(k) <u>Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings</u>: *See* Sections (a), (f), and (g) above.

(l) <u>Whether the case is related to any other case</u>: On August 28, 2012, Movants Central Sierra Environmental Resource Center, et al., who are plaintiffs in *Central Sierra Environmental Resource Center v. U.S. Forest Service*, Civ. No. 10-2172-KJM-GGH (E.D. Cal.), filed a Notice of Related Case (ECF No. 13) and requested that the court in the lower-numbered case consider the instant lawsuit to be related to *Central Sierra Environmental Resource Center*, so that the two cases could be assigned to the same judge. Federal Defendants filed a Response to the Notice of Related Case (ECF No. 14) and asserted that the two cases are not related. On November 22, 2012, Judge Mueller declined to reassign this case. (ECF No. 22). The parties do not believe that this case is related to any other cases.

(m) <u>Whether a settlement conference should be scheduled</u>: The parties do not believe a settlement conference would be productive, given the nature of the claims.

(n) <u>Any other matters that may add to the just and expeditious disposition of this matter</u>: None.

A proposed order is submitted with this joint status report.

Respectfully submitted this 29th day of March, 2013

M. REED HOPPER
THEODORE HADZI-ANTICH

By: <u>/s/Theodore Hadzi-Antich</u>
THEODORE HADZI-ANTICH
Senior Staff Attorney

*Attorneys for Plaintiffs Friends of Tahoe Forest Access, et al.*

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

IGNACIO S. MORENO
Assistant Attorney General

By: /s/ Beverly Li
BEVERLY F. LI (WA BE 33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305-0506

*Attorneys for Federal Defendants*

/s/ Gregory Loarie
GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040

*Attorneys for Defendant-Intervenors*

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

/s/ THEODORE HADZI-ANTICH
THEODORE HADZI-ANTICH