M. REED HOPPER, No. 131291
E-mail:  mrh@pacificlegal.org
THEODORE HADZI-ANTICH, No. 264663
E-mail:  tha@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

Attorneys for Plaintiffs Friends of
Tahoe Forest Access, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, et al., | No. 2:12-cv-01876-JAM-CKD |
| Plaintiffs, | **[PROPOSED]**<br>**CASE MANAGEMENT ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | Judge:  Honorable John A. Mendez |
| Defendants, | Place:   Courtroom 6 |
| THE WILDERNESS SOCIETY, et al., | |
| Defendants-Intervenors. | |

In accordance with the Order of this Court granting intervention (ECF No. 25), this matter shall be divided into two phases, a liability phase and a remedy phase. This Case Management Order addresses the management of the case only during the liability phase. In due course, a subsequent order will address the remedy phase, if any.

**Briefing by Defendant-Intervenors**

During the liability phase of the case, Defendant-Intervenors The Wilderness Society, Mother Lode Chapter of the Sierra Club, Forest Issues Group, Sierra Foothills Audubon Society, and Public Employees for Environmental Responsibility shall not file a brief unless they obtain leave of this Court. Upon review of the combined motion for summary judgment and opposition of the Federal Defendants during the liability phase, if Defendant-Intervenors believe the Federal Defendants have not addressed an issue that Defendant-Intervenors believe is relevant, and Defendant-Intervenors wish to address that issue, Defendant-Intervenors may file a motion with the Court not to exceed five pages seeking leave to file a brief supplementing Federal Defendants' motion for summary judgment and opposition. If Defendant-Intervenors file such a motion, Federal Defendants and Plaintiffs shall have an opportunity to oppose the motion, and each opposition shall not exceed five pages, and Defendant-Intervenors shall have the opportunity to file a reply, which shall not exceed three pages.

**Schedule**

The parties shall adhere to the following schedule during the liability phase:

| | |
|---|---|
| Administrative Record Submitted by Federal Defendants: | March 8, 2013 (Completed) |
| Deadline To File Any Motions to Augment the Administrative Record: | April 12, 2013 |
| Plaintiffs' Motion for Summary Judgment: | May 17, 2013 |
| Federal Defendants' Opposition and Cross-Motion for Summary Judgment: | June 21, 2013 |

1. If Defendant-Intervenors Do Not Seek Leave To File a Merits Brief:

   (I) Plaintiffs' Opposition / Reply:      July 29, 2013

   (ii) Federal Defendants' Final Reply:      August 23, 2013

2.  If Defendant-Intervenors Seek Leave To File a Merits Brief:

| | | |
|---|---|---|
| (I) | Defendant-Intervenors' Motion: | July 10, 2013 |
| (ii) | Plaintiffs' and Federal Defendants' Oppositions: | July 24, 2013 |
| (iii) | Defendant-Intervenors' Reply: | July 29, 2013 |
| (iv) | Defendant-Intervenors' Opposition to Plaintiffs' Motion for Summary Judgment: | 14 Days After Court Grants Motion for Leave |
| (v) | Plaintiffs' Opposition / Reply: | 35 Days After Defendant-Intervenors File Their Opposition if Motion for Leave Granted, or 14 days After Court Denies Motion for Leave |
| (vi) | Final Reply of Federal Defendants: | 21 Days After Plaintiffs File Their Opposition / Reply |
| (vii) | Final Reply of Defendant-Intervenors: | 7 days after Federal Defendants' Final Reply |

**Page Limits for Substantive Briefs**

Plaintiffs' Motion for Summary Judgment shall not exceed 25 pages. Federal Defendants' Opposition and Cross-Motion for Summary Judgment shall not exceed 25 pages. Defendant-Intervenors' Opposition to Plaintiffs' Motion for Summary Judgment shall be limited to **(15 pages, 25 pages, or the number of pages set forth in any Order issued by this Court granting Defendant-Intervenors Motion To File an Opposition Brief).** Plaintiffs' Opposition/Reply shall not exceed **(25 pages or 10 pages).** Federal Defendants' and Defendant-Intervenors' Reply shall not exceed 10 pages each.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

[Proposed] Case Management Order
2:12-cv-01876-JAM-CKD                - 2 -