M. REED HOPPER, No. 131291
E-mail: mrh@pacificlegal.org
THEODORE HADZI-ANTICH, No. 264663
E-mail: tha@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs Friends of Tahoe Forest Access, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRIENDS OF TAHOE FOREST ACCESS, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants,

THE WILDERNESS SOCIETY, et al.,

Defendants-Intervenors.

No. 2:12-cv-01876-JAM-CKD

**CASE MANAGEMENT ORDER**

Judge: Honorable John A. Mendez
Place: Courtroom 6

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

In accordance with the Order of this Court granting intervention (ECF No. 25), this matter shall be divided into two phases, a liability phase and a remedy phase. This Case Management Order addresses the management of the case only during the liability phase. In due course, a subsequent order will address the remedy phase, if any.

**Briefing by Defendant-Intervenors**

During the liability phase of the case, Defendant-Intervenors The Wilderness Society, Mother Lode Chapter of the Sierra Club, Forest Issues Group, Sierra Foothills Audubon Society, and Public Employees for Environmental Responsibility shall not file a brief unless they obtain leave of this Court. Upon review of the combined motion for summary judgment and opposition of the Federal Defendants during the liability phase, if Defendant-Intervenors believe the Federal Defendants have not addressed an issue that Defendant-Intervenors believe is relevant, and Defendant-Intervenors wish to address that issue, Defendant-Intervenors may file a motion with the Court not to exceed five pages seeking leave to file a brief supplementing Federal Defendants' motion for summary judgment and opposition. If Defendant-Intervenors file such a motion, Federal Defendants and Plaintiffs shall have an opportunity to oppose the motion, and each opposition shall not exceed five pages, and Defendant-Intervenors shall have the opportunity to file a reply, which shall not exceed three pages.

**Schedule**

The parties shall adhere to the following schedule during the liability phase:

Administrative Record Submitted by Federal Defendants: March 8, 2013 (Completed)

Deadline To File Any Motions to Augment the Administrative Record: April 12, 2013

Plaintiffs' Motion for Summary Judgment: May 17, 2013

Federal Defendants' Opposition and Cross-Motion for Summary Judgment: June 21, 2013

1. If Defendant-Intervenors Do Not Seek Leave To File a Merits Brief:

   (I) Plaintiffs' Opposition / Reply: July 29, 2013

   (ii) Federal Defendants' Final Reply: August 23, 2013

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

2. If Defendant-Intervenors Seek Leave To File a Merits Brief:

| | | |
|---|---|---|
| (I) | Defendant-Intervenors' Motion: | July 10, 2013 |
| (ii) | Plaintiffs' and Federal Defendants' Oppositions: | July 24, 2013 |
| (iii) | Defendant-Intervenors' Reply: | July 29, 2013 |
| (iv) | Defendant-Intervenors' Opposition to Plaintiffs' Motion for Summary Judgment: | 14 Days After Court Grants Motion for Leave |
| (v) | Plaintiffs' Opposition / Reply: | 35 Days After Defendant-Intervenors File Their Opposition if Motion for Leave Granted, or 14 days After Court Denies Motion for Leave |
| (vi) | Final Reply of Federal Defendants: | 21 Days After Plaintiffs File Their Opposition / Reply |
| (vii) | Final Reply of Defendant-Intervenors: | 7 days after Federal Defendants' Final Reply |

**Page Limits for Substantive Briefs**

Plaintiffs' Motion for Summary Judgment shall not exceed 25 pages. Federal Defendants' Opposition and Cross-Motion for Summary Judgment shall not exceed 25 pages. Defendant-Intervenors' Opposition to Plaintiffs' Motion for Summary Judgment shall be limited to **(15 pages, 25 pages, or the number of pages set forth in any Order issued by this Court granting Defendant-Intervenors Motion To File an Opposition Brief).** Plaintiffs' Opposition/Reply shall not exceed **(25 pages or 10 pages).** Federal Defendants' and Defendant-Intervenors' Reply shall not exceed 10 pages each.

IT IS SO ORDERED.

Dated: 4/5/2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge