ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Div.

BEVERLY F. LI
Trial Attorney
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-353-9213
Fax: 202-305-0506
Beverly.Li@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civ. No. 12-01876-JAM-CKD <br><br> **FEDERAL DEFENDANTS' NOTICE OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

**NOTICE OF MOTION**

Federal Defendants in this case hereby give notice that the following Cross-Motion for Summary Judgment will be heard by the Honorable John Mendez , United States District Judge, on September 25, 2013 at 9:30 a.m. in Courtroom 6, 14th Floor, 501 I Street, Sacramento, California.

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Federal Defendants in this case hereby move for summary judgment on all claims in Plaintiffs' Complaint, on the grounds

that there is no genuine issue as to any material fact and that Federal Defendants are entitled to judgment as a matter of law.

This motion is supported by the administrative record already lodged with the Court, Defendants' Combined Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, Defendants' Statement of Undisputed Facts, and Defendants' Response to Plaintiffs' Statement of Facts.

Respectfully submitted this 21st day of June, 2013.

          ROBERT G. DREHER
          Acting Assistant Attorney General

          /s/ Beverly Li
          BEVERLY F. LI (WA BN 33267)
          Trial Attorney
          U.S. Department of Justice
          Environment & Natural Resources Div.
          P.O. Box 7611
          Washington, DC 20044-7611
          Telephone: (202) 353-9213
          Facsimile: (202) 305-0506

          Attorney for Federal Defendants

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

M. Reed Hopper
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
(916) 419-7111
Fax: (916) 419-7747
Email: mrh@pacificlegal.org


Theodore Cirilo Hadzi-Antich
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: tha@pacificlegal.org

Attorneys for Plaintiffs


Gregory C. Loarie

Christophe W. Hudak

Earthjustice

50 California Street, Suite 500

San Francisco, CA 94111

415-217-2000

Fax: 415-517-2040

gloarie@earthjustice.org

chudak@earthjustice.org


Attorneys for Defendants-Intervenors

                                                    /s/ Beverly F. Li
                                                    Beverly F. Li
                                                    Counsel for Federal Defendants