ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Div.

BEVERLY F. LI
Trial Attorney
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-353-9213
Fax: 202-305-0506
Beverly.Li@usdoj.gov

*Attorneys for Defendants*

FILED
OCT 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, et al., | Civ. No. 12-01876-JAM-CKD |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | Date: October 18, 2013<br>Time: 2:30 p.m.<br>Place: Courtroom 6, 14th floor<br>Judge: Hon. John Mendez |
| Defendants. | |

**STIPULATION TO CONTINUE THE
OCTOBER 18, 2013 HEARING IN LIGHT OF
LAPSE OF APPROPRIATIONS**

Pursuant to Local Rule 143, the parties, by and through their attorneys of record, respectfully stipulate that the October 18, 2013 hearing on Plaintiffs' and Federal Defendants' Cross-Motions for Summary Judgment (ECF Nos. 31, 32) be continued. The parties state the following in support of their stipulation:

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The

STIP. TO CONTINUE HEARING DATE          1

same is true for most Executive agencies, including the Federal Defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The parties therefore request a continuance of the October 18, 2013 hearing.

4. If the Court decides to wait until Congress has restored appropriations to the Department and until Department of Justice attorneys are permitted to resume their usual civil litigation functions before setting a new hearing date, counsel for Federal Defendants will notify the Court as soon as Congress has appropriated funds for the Department.

5. A proposed order accompanies this stipulation.

Respectfully submitted this 8th day of October, 2013.

/s/ Theodore Cirilo Hadzi-Antich
Theodore Cirilo Hadzi-Antich
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: tha@pacificlegal.org

Attorney for Plaintiffs

ROBERT G. DREHER
Acting Assistant Attorney General

/s/ Beverly Li
BEVERLY F. LI (WA BN 33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213

Facsimile: (202) 305-0506

Attorney for Federal Defendants

/s/ Gregory Loarie
GREGORY C. LOARIE, State Bar No. 215859
CHRISTOPHER W. HUDAK, State Bar No. 282283
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040

Attorneys for Defendant-Intervenors

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Div.

BEVERLY F. LI
Trial Attorney
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-353-9213
Fax: 202-305-0506
Beverly.Li@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, | Civ. No. 12-01876-JAM-CKD |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | [PROPOSED] ORDER REGARDING CONTINUANCE OF THE OCTOBER 18, 2013 HEARING |
| Defendants. | |

The Court is in receipt of the parties' Stipulation to Continue the October 18, 2013 Hearing on the plaintiffs' and federal defendants' cross-motions for summary judgment.

IT IS HEREBY ORDERED that the October 18, 2013 hearing is CONTINUED to November 14 2013 at 1:30 PM

IT IS SO ORDERED.

Dated: October 8, 2013

Honorable John Mendez
United States District Judge

[PROPOSED] ORDER ON STIP. TO CONTINUE HEARING DATE                        1