ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Div.

BEVERLY F. LI
Trial Attorney
Natural Resources Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-353-9213
Fax: 202-305-0506
Beverly.Li@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF TAHOE FOREST ACCESS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Civ. No. 12-01876-JAM-CKD <br><br><br> ORDER REGARDING PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on the parties' cross-motions for summary judgment. ECF Nos. 31, 32.  Upon consideration of the administrative record, parties' briefs, and oral argument presented on November 22, 2013, the Court hereby DENIES Plaintiffs' motion for summary judgment (ECF No. 31) and GRANTS Defendants' cross-motion for summary judgment (ECF No. 32) for the reasons stated in the transcript of the proceedings held on November 22, 2013 (ECF No. 48).  Accordingly, the Clerk is directed to enter judgment in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

Dated:  1/6/2014

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge